RICHARD C. MCCREA, JR., Florida Bar # 351539
*Admitted pro hac vice*
Greenberg Traurig, LLP
101 East Kennedy Blvd, Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Email: mccrear@gtlaw.com

ALAYNE M. OPIE, Nevada Bar # 12623
Greenberg Traurig, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: opiea@gtlaw.com

STEPHANIE D. AHMAD, CA State Bar # 284080
*Admitted pro hac vice*
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94202
Telephone: (650) 289-7806
Email: ahmads@gtlaw.com

Attorney for Defendant Amazon and
Subsidiaries Short Term Disability Plan

**UNITED STATES DISTRICT COURT FOR
DISTRICT OF NEVADA**

| | |
|---|---|
| KEITHLEY JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>AMAZON AND SUBSIDIARIES SHORT TERM DISABILITY PLAN,<br><br>      Defendant. | Case No.:  2:20-cv-02259-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION TO DISMISS [EFC 17] AND SET DEADLINE TO FILE ANSWER** |

Defendant Amazon and Subsidiaries Short Term Disability Plan (the "Plan"), by and through its counsel of record, the law firm of Greenberg Traurig, LLP, and Plaintiff Keithley Johnson ("Johnson"), by and through his counsel of record, the Hatfield Law Associates and Raquel M. Busani, hereby stipulate and agree as follows:

1

1. Plaintiff filed the instant action on December 15, 2020 (ECF 1);

2. The Plan filed a Waiver of the Service of Summons on January 7, 2021 (ECF 9) and thereafter filed a Motion to Dismiss (ECF 17) on March 5, 2021.

3. The Plan, in researching authorities regarding an alleged defect brought to its attention by Plaintiff's counsel, has concluded its Motion to Dismiss (ECF 17) is not meritorious, and therefore, in the interest of judicial economy, it seeks to withdraw the Motion to Dismiss.

4. Plaintiff stipulates to the Plan withdrawing the Motion to Dismiss (ECF 17).

5. Moreover, the parties stipulate to the Plan filing its Answer in this matter within 10 days of the filing date of this Motion.

IT IS SO STIPULATED.

DATED:  March 17, 2021

/s/ Alayne M. Opie
GREENBERG TRAURIG, LLP
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135

/s/ Richard McCrea
RICHARD MCCREA, JR., ESQ.
(admitted pro hac vice)
101 East Kennedy Boulevard, Suite 1900
Tampa, Florida 94202

/s/ Stephanie D. Ahmad
STEPHANIE D. AHMAD, ESQ.
(admitted pro hac vice)
1900 University Avenue, 5th Floor
East Palo Alto, California 94202

*Attorney for Defendant Amazon and Subsidiaries Short Term Disability Plan*

DATED:  March 17, 2021

/s/ Raquel M. Busani
RAQUEL M. BUSANI, CA State Bar #323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 478-4199
Facsimile: (559) 478-5939
*Pro Hac Vice*

TREVOR HATFIELD, NSB #7373
thatfield@hatfieldlawassociates.com
Hatfield Law Associates
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Telefax: (702) 684-5147

*Attorneys for Plaintiff, Keithley Johnson*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 18th day of March, 2021.